IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00401-MSK-PAC

KATHERINE GILES and
ZURICH AMERICAN INSURANCE COMPANY,

        Plaintiffs,

v.

GRAVITY PLAY ENTERTAINMENT, LLC,
CHEYENNE MOUNTAIN RESORT, LLC,
BENCHMARK HOSPITALITY, INC. d/b/a BENCHMARK HOSPITALITY INTERNATIONAL,
BMC - THE BENCHMARK MANAGEMENT COMPANY d/b/a BENCHMARK HOSPITALITY INTERNATIONAL, and
THE INFLATABLE STORE, INC.,

        Defendants.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS MATTER comes before the Court on Plaintiff's Amended Complaint **(#5)** filed in response to the Court's Order to Show Cause **(#3)**. Having reviewed the same,

**IT IS HEREBY ORDERED** that this Court's Order to Show Cause **(33)** is deemed satisfied and is **DISCHARGED.**

Dated this 14th day of March, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge