IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00401-MSK-KLM

KATHERINE GILES, and
ZURICH AMERICAN INSURANCE COMPANY,

    Plaintiff(s),

v.

GRAVITY PLAY ENTERTAINMENT, LLC;
CHEYENNE MOUNTAIN RESORT, LLC;
BENCHMARK HOSPITALITY, INC., d/b/a BENCHMARK HOSPITALITY INTERNATIONAL,
BMC–THE BENCHMARK MANAGEMENT COMPANY d/b/a BENCHMARK HOSPITALITY INTERNATIONAL, and
THE INFLATABLE STORE, INC.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on a Joint Motion to Modify Scheduling Order [Docket No. 30, Filed September 21, 2007] ("the motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED**.  The Scheduling Order entered in this case on June 6, 2007 [Docket No. 23] shall be modified as set forth below:

- Plaintiffs' expert disclosures deadline — **February 12, 2008**
- Defendants' expert disclosures deadline — **March 11, 2008**
- Plaintiffs' rebuttal expert disclosures deadline — **March 25, 2008**
- Dispositive Motion deadline — **April 4, 2008**
- Discovery Cut-Off — **May 5, 2008**

Dated:  September 28, 2007