IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00401-MSK-KLM

KATHERINE GILES and
ZURICH AMERICAN INSURANCE COMPANY,

    Plaintiffs,

v.

GRAVITY PLAY ENTERTAINMENT, LLC,
CHEYENNE MOUNTAIN RESORT, LLC,
BENCHMARK HOSPITALITY, INC. d/b/a BENCHMARK HOSPITALITY
INTERNATIONAL,
BMC - THE BENCHMARK MANAGEMENT COMPANY d/b/a BENCHMARK
HOSPITALITY INTERNATIONAL, and
THE INFLATABLE STORE, INC.,

    Defendants.
_____

**ORDER VACATING TRIAL DATE**
_____

    Due to extensive calendar disruptions occasioned by multi-week, multi-defendant criminal trials during 2006, 2007 and 2008, and upon consideration of the Court's 2007 pilot project and survey by the Faculty of Federal Advocates, the Court is changing its civil trial-setting practices. No longer will civil trials be set at the time of the initial Scheduling Conference. Instead, civil trials will be set at the time of the Final Pretrial Conference. Except in extraordinary circumstances, the trial setting will be a firm setting, not subject to vacatur due to other civil or criminal cases.

    It is the Court's goal to set trials within 30-60 days. Counsel should bring their calendars to the Final Pre-Trial Conference and be aware of the availability of critical witnesses during the

six month period. There will be some flexibility in accommodating other matters on the calendars of counsel, parties, and witnesses, but the Court expects that all involved will give trial of this case top priority and will be prepared to adjust their other obligations, including the participation of multiple counsel representing a single party, in order to meet the time frames described above.

**IT IS THEREFORE ORDERED** that the trial date currently set in this case is **VACATED**. It will be reset at the Final Pre-Trial Conference which will occur as scheduled.

DATED this 19th day of November, 2007.

                                        **BY THE COURT:**

*Marcia S. Krieger*

                                  Marcia S. Krieger
                                  United States District Judge