IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00401-MSK-KLM

KATHERINE GILES, and
ZURICH AMERICAN INSURANCE COMPANY,

    Plaintiff(s),

v.

GRAVITY PLAY ENTERTAINMENT, LLC;
CHEYENNE MOUNTAIN RESORT, LLC;
BENCHMARK HOSPITALITY, INC., d/b/a BENCHMARK HOSPITALITY INTERNATIONAL,
BMC–THE BENCHMARK MANAGEMENT COMPANY d/b/a BENCHMARK HOSPITALITY
INTERNATIONAL, and
THE INFLATABLE STORE, INC.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' Second Joint Motion for Modification of Scheduling Order [Docket No. 35; Filed March 14, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered in this case on June 6, 2007 [Docket No. 23], and modified on September 28, 2007 [Docket No. 32], shall be amended as set forth below:

- Plaintiffs' rebuttal expert disclosures deadline   **April 15, 2008**
- Dispositive Motion deadline   **June 5, 2008**
- Discovery Cut-Off   **June 5, 2008**

Dated: March 18, 2008