IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00401-MSK-KLM

KATHERINE GILES, and
ZURICH AMERICAN INSURANCE COMPANY,

    Plaintiff(s),

v.

GRAVITY PLAY ENTERTAINMENT, LLC;
CHEYENNE MOUNTAIN RESORT, LLC;
BENCHMARK HOSPITALITY, INC., d/b/a BENCHMARK HOSPITALITY INTERNATIONAL,
BMC–THE BENCHMARK MANAGEMENT COMPANY d/b/a BENCHMARK HOSPITALITY INTERNATIONAL, and
THE INFLATABLE STORE, INC.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' Third Joint Motion for Modification of Scheduling Order [Docket No. 40; Filed May 15, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered in this case on June 6, 2007 [Docket No. 23], and modified on September 28, 2007 [Docket No. 32] and March 18, 2008 [Docket No. 38], shall be amended as set forth below:

- The Discovery Cut-Off is extended to:     **June 30, 2008**

**No further extensions of time will be granted.**

Dated: May 19, 2008