IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00401-MSK-KLM

KATHERINE GILES and
ZURICH AMERICAN INSURANCE COMPANY,

      Plaintiffs,

v.

GRAVITY PLAY ENTERTAINMENT, LLC,
CHEYENNE MOUNTAIN RESORT, LLC,
BMC - THE BENCHMARK MANAGEMENT COMPANY d/b/a BENCHMARK
HOSPITALITY INTERNATIONAL, and
THE INFLATABLE STORE, INC.,

      Defendants.

---

# ORDER

---

THIS MATTER comes before the Court on the following motions: (1) the Plaintiffs'
Motion to Preclude and Limit Expert Witness Testimony Pursuant to Fed. R. Evid. 702, 705 and
403 **(#48)**, to which the Defendants responded and filed evidence in opposition **(#57)**; and (2) the
parties' Joint Motion Under Fed. R. Evid. 702 **(#50)**, for which Defendant Inflatable Store, Inc.,
filed a supporting brief and evidence **(#58)**. With regard to their joint motion, the parties
estimate that a half-day hearing will be sufficient to address all of the Rule 702 challenges with
regard to eight different experts.

     **IT IS ORDERED** that:

(1)    The Plaintiffs' motion **(#48)** is **DENIED** for failure to comply with MSK Civ.

        Practice Standard IV.G.1.

(2)    On or before **July 18, 2008**, the parties shall jointly file a supplement to their joint

Rule 702 motion which specifies, **for each expert**, how long of a hearing is necessary.

(3)      The briefs and evidence submitted at docket numbers **#57** and **#58** are disregarded.  No evidence will be received in advance of the Rule 702 hearing(s).

Dated this 7th day of July, 2008

**BY THE COURT:**

Marcia S. Krieger
United States District Judge