IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00401-MSK-KLM

KATHERINE GILES and
ZURICH AMERICAN INSURANCE COMPANY,

    Plaintiffs,

v.

GRAVITY PLAY ENTERTAINMENT, LLC,
CHEYENNE MOUNTAIN RESORT, LLC,
BMC - THE BENCHMARK MANAGEMENT COMPANY d/b/a BENCHMARK
HOSPITALITY INTERNATIONAL, and
THE INFLATABLE STORE, INC.,

    Defendants.
_____

**ORDER ON MOTIONS**
_____

THIS MATTER comes before the Court on the following three motions: 1) Motion to Withdraw Motion for Partial Summary Judgment **(#72)**; 2) Motion to Withdraw Motion for Judgment on the Pleadings on Plaintiff's Zurich's Seventh Claim for Relief **(#73)**; and 3) Joint Motion to Allow Certain Parties to Appear by Telephone at Final Pretrial Conference and to Excuse the Appearance of Other Parties (Joint Motion) **(#76)**.  Having reviewed the motions,

**IT IS ORDERED** that the motions to withdraw **(#72 and#73)** are **GRANTED** and the Clerk is directed to **WITHDRAW** the Defendants Cheyenne Mountain Resort, LLC; Benchmark Hospitality, Inc., d/b/a Benchmark Hospitality International; and BMC - The Benchmark Management Company d/b/a Benchmark Hospitality International's Motion for Partial Summary Judgment at *Docket Entry #46* and Defendant Cheyenne Mountain Resort, LLC's Motion for Judgment on the Pleadings on Plaintiff Zurich's Seventh Claim for Relief at *Docket Entry #47*.

**FURTHER ORDERED** that the Joint Motion is **GRANTED**. Plaintiff, Katherine Giles, the representatives of Plaintiff Zurich American Insurance Company and the Defendant, the Inflatable Store, Inc., shall appear by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements. Representatives of all Defendants, except The Inflatable Store, Inc., are hereby excused.

DATED this 18th day of July, 2008.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge