IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00401-MSK-KLM

KATHERINE GILES and ZURICH AMERICAN INSURANCE COMPANY,

  Plaintiffs,

v.

GRAVITY PLAY ENTERTAINMENT, LLC; CHEYENNE MOUNTAIN RESORT, LLC; BENCHMARK HOSPITALITY, INC. d/b/a BENCHMARK HOSPITALITY INTERNATIONAL; BMC – THE BENCHMARK MANAGEMENT COMPANY d/b/a BENCHMARK HOSPITALITY INTERNATIONAL; and THE INFLATABLE STORE, INC.,

  Defendants.

---

**ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT OF CLAIMS BY PLAINTIFFS AND DEFENDANTS GRAVITY PLAY ENTERTAINMENT, LLC; CHEYENNE MOUNTAIN RESORT, LLC; BENCHMARK HOSPITALITY, INC. d/b/a BENCHMARK HOSPITALITY INTERNATIONAL; BMC – THE BENCHMARK MANAGEMENT COMPANY d/b/a BENCHMARK HOSPITALITY INTERNATIONAL**

---

The Court, having reviewed the Joint Motion for Approval of Settlement of Claims by Plaintiffs and Defendants Gravity Play Entertainment, LLC, Cheyenne Mountain Resort, LLC, Benchmark Hospitality, Inc. d/b/a/ Benchmark Hospitality International, and BMC – The Benchmark Management Company d/b/a Benchmark Hospitality International, and being duly advised in the premises of same, hereby Orders that, and the claims asserted against Defendants Gravity Play Entertainment, LLC, Cheyenne Mountain Resort, LLC, and Benchmark Hospitality, Inc. d/b/a/ Benchmark Hospitality International, and BMC – The Benchmark

Management Company d/b/a Benchmark Hospitality International, are dismissed with prejudice, Plaintiffs and each of these Defendants to bear her or its fees and costs.

Defendant The Inflatable Store remains a party defendant, and the caption of this case is to read as follows in all subsequent filings herein, "Katherine Giles and Zurich American Insurance Company, Plaintiffs vs. The Inflatable Store, Inc., Defendant."

DATED this 12th day of August, 2008.

BY THE COURT:

Marcia S. Krieger
United States District Judge