IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00401-PAB-KLM

KATHERINE GILES and
ZURICH AMERICAN INSURANCE COMPANY,

    Plaintiffs,

v.

THE INFLATABLE STORE, INC.,

    Defendant.
_____

# MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on the parties' Joint Motion re: Trial Preparation Conference and Applicability of PAB Practice Standards (Civil Cases) [Docket No. 97] and the parties' Joint Motion for Extension of Time to File Motions in Limine, Proposed Voir Dire and Proposed Jury Instructions [Docket No. 98]. It is

    ORDERED that the Joint Motion re: Trial Preparation Conference and Applicability of PAB Practice Standards (Civil Cases) [Docket No. 97] is GRANTED. A Trial Preparation Conference is set for **April 17, 2009 at 11:00 a.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court. The parties shall be prepared to address the following issues at the Trial Preparation Conference:
    1)    jury selection;
    2)    sequestration of witnesses;
    3)    timing of presentation of witnesses and evidence;
    4)    anticipated evidentiary issues;
    5)    any stipulations as to fact or law; and
    6)    any other issue affecting the duration or course of the trial.
It is further

    ORDERED that my Practice Standards are applicable in this case. Therefore, the previous order requiring that motions in limine, proposed voir dire and proposed jury instructions be filed by February 2, 2009 is no longer in effect, and the parties are directed to comply with the provisions of my Practice Standards. It is further

ORDERED that trial shall begin at **8:30 a.m. on May 4, 2009**, and counsel shall be present at **8:00 a.m.**  It is further

ORDERED that the motion for extension of time [Docket No. 98] is DENIED as moot.

Dated January 30, 2009.