IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-00401-PAB-KLM

KATHERINE GILES and
ZURICH AMERICAN INSURANCE COMPANY,

    Plaintiffs,

v.

THE INFLATABLE STORE, INC.,

    Defendant.
_____

**ORDER REGARDING DEFENDANT'S OBJECTIONS TO
PLAINTIFFS' DESIGNATIONS OF DEPOSITION TESTIMONY**
_____

This matter comes before the court on defendant The Inflatable Store, Inc.'s Objections to Plaintiffs' Designation of Deposition Testimony [Docket No. 113].

The Court rules as follows:

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | Newman, Dr. James – 16:9-20:6 | Dr. Newman lacks the knowledge, skill, experience, training or education to express this opinion. Dr. Newman's opinion is not the product of reliable principles and methods and is based upon insufficient facts and data. Witness not properly disclosed, F.R.E. 702-703. | Ruling reserved. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 2 | Newman, Dr. James – 20:7-22:10 | Dr. Newman lacks the knowledge, skill, experience, training or education to express this opinion.  Dr. Newman's opinion is not the product of reliable principles and methods and is based upon insufficient facts and data.  Witness not properly disclosed, F.R.E. 702-703. | Ruling reserved. |
| 3 | Newman, Dr. James – 22:11-23:13 | Dr. Newman lacks the knowledge, skill, experience, training or education to express this opinion.  Dr. Newman's opinion is not the product of reliable principles and methods and is based upon insufficient facts and data.  Witness not properly disclosed, F.R.E. 702-703. | Ruling reserved. |
| 4 | Newman, Dr. James – 27:17-29:7 | Dr. Newman lacks the knowledge, skill, experience, training or education to express this opinion.  Dr. Newman's opinion is not the product of reliable principles and methods and is based upon insufficient facts and data.  Witness not properly disclosed, F.R.E. 702-703. | Ruling reserved. |
| 5 | Newman, Dr. James – 29:8-34:21 | Dr. Newman lacks the knowledge, skill, experience, training or education to express this opinion.  Dr. Newman's opinion is not the product of reliable principles and methods and is based upon insufficient facts and data.  Witness not properly disclosed, F.R.E. 702-703. | Ruling reserved. |
| 6 | Newman, Dr. James – 35:9-40:7 | Dr. Newman lacks the knowledge, skill, experience, training or education to express this opinion.  Dr. Newman's opinion is not the product of reliable principles and methods and is based upon insufficient facts and data.  Witness not properly disclosed, F.R.E. 702-703. | Ruling reserved. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 7 | Newman, Dr. James – 41:16-42:9 | Dr. Newman lacks the knowledge, skill, experience, training or education to express this opinion.  Dr. Newman's opinion is not the product of reliable principles and methods and is based upon insufficient facts and data.  Witness not properly disclosed, F.R.E. 702-703. | Ruling reserved. |
| 8 | Newman, Dr. James – 42:20-43:11 | Dr. Newman lacks the knowledge, skill, experience, training or education to express this opinion.  Dr. Newman's opinion is not the product of reliable principles and methods and is based upon insufficient facts and data.  Witness not properly disclosed, F.R.E. 702-703. | Ruling reserved. |
| 9 | Lam, Dr. Tack – 7:5-12:2 | Exhibit 48 is Dr. Lam's report.  Refers to his report.  Opinions are compound to his deposition and/or live testimony and should be precluded. | Ruling reserved. |
| 10 | Lam, Dr. Tack – 36:6-25 | Exhibit 48 is Dr. Lam's report.  Refers to his report.  Opinions are compound to his deposition and/or live testimony and should be precluded. | Ruling reserved. |
| 11 | Lam, Dr. Tack – 38:6-11 | Exhibit 48 is Dr. Lam's report.  Refers to his report.  Opinions are compound to his deposition and/or live testimony and should be precluded. | Ruling reserved. |
| 12 | Lam, Dr. Tack – 4:5-23 | Irrelevant, F.R.E. 401-402 | Ruling reserved. |
| 13 | Lam, Dr. Tack – 10:2-11:2 | Irrelevant, F.R.E. 401-402 | Ruling reserved. |
| 14 | Lam, Dr. Tack – 14:8-15:3 | Irrelevant, F.R.E. 401-402 | Ruling reserved. |
| 15 | Lam, Dr. Tack – 47:4-48:24 | Irrelevant, F.R.E. 401-402 | Ruling reserved. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 16 | Lam, Dr. Tack – 54:14-18 | Irrelevant, F.R.E. 401-402 | Ruling reserved. |
| 17 | Lam, Dr. Tack – 61:19-62:11 | Irrelevant, F.R.E. 401-402 | Ruling reserved. |
| 18 | Lam, Dr. Tack – 63:22-64:9 | Irrelevant, F.R.E. 401-402; Prejudicial effect outweighs any probative value, F.R.E. 403 | Ruling reserved. |
| 19 | Lam, Dr. Tack – 71:4-12 | Irrelevant, F.R.E. 401-402; Prejudicial effect outweighs any probative value, F.R.E. 403 | Ruling reserved. |
| 20 | Lam, Dr. Tack – 75:1-76:12 | Irrelevant, F.R.E. 401-402 | Ruling reserved. |
| 21 | Lam, Dr. Tack – 88:9-90:3 | Irrelevant, F.R.E. 401-402 | Ruling reserved. |
| 22 | Lam, Dr. Tack – 90:22-92:22 | Irrelevant, F.R.E. 401-402; lack of personal knowledge F.R.E. 602 | Ruling reserved. |
| 23 | Lam, Dr. Tack – 93:12-19 | Irrelevant, F.R.E. 401-402 | Ruling reserved. |
| 24 | Lam, Dr. Tack – 94:17-95:3 | Irrelevant, F.R.E. 401-402; lack of personal knowledge F.R.E. 602 | Ruling reserved. |
| 25 | Lam, Dr. Tack – 95:15-20 | Lack of personal knowledge F.R.E. 602 | Ruling reserved. |
| 26 | Lam, Dr. Tack – 147:18-148:1 | Lack of personal knowledge F.R.E. 602 | Ruling reserved. |
| 27 | Lam, Dr. Tack – 158:3-10 | Irrelevant, F.R.E. 401-402; lack of personal knowledge F.R.E. 602 | Ruling reserved. |
| 28 | Lam, Dr. Tack – 161:15-162:8 | Lack of personal knowledge F.R.E. 602 | Ruling reserved. |
| 29 | Lam, Dr. Tack – 171:5-12 | Irrelevant, F.R.E. 401-402; Prejudicial effect outweighs any probative value, F.R.E. 403 | Ruling reserved. |
| 30 | Lam, Dr. Tack – 191:4-10 | Lack of personal knowledge F.R.E. 602 | Ruling reserved. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 31 | Anastasia, Mark – 12:18-13:23 | Irrelevant, F.R.E. 401-402 | Ruling reserved. |
| 32 | Anastasia, Mark – 22:3-22 | Irrelevant, F.R.E. 401-402 | Ruling reserved. |
| 33 | Anastasia, Mark – 29:9-19 | Irrelevant, F.R.E. 401-402 | Ruling reserved. |
| 34 | Anastasia, Mark – 30:4-33:5 | Irrelevant, F.R.E. 401-402 | Ruling reserved. |
| 35 | Anastasia, Mark – 118:24-119:25 | Vague; overbroad, lack of foundation and no definition of "design" given. | Ruling reserved. |
| 36 | Anastasia, Mark – 127:25-128:8 | Irrelevant, F.R.E. 401-402 | Ruling reserved. |
| 37 | Anastasia, Mark – 129:1-7 | Irrelevant, F.R.E. 401-402; lack of personal knowledge F.R.E. 602 | Ruling reserved. |
| 38 | Anastasia, Mark – 131:20-134:2 | Irrelevant, F.R.E. 401-402 | Ruling reserved. |
| 39 | Anastasia, Mark – 147:12-22 | Irrelevant, F.R.E. 401-402; lack of personal knowledge and F.R.E. 602; inadmissible lay opinion, F.R.E. 701 | Ruling reserved. |
| 40 | Anastasia, Mark – 157:19-158:3 | Irrelevant, F.R.E. 401-402; lack of personal knowledge and F.R.E. 602; inadmissible lay opinion, F.R.E. 701 | Ruling reserved. |
| 41 | Anastasia, Mark – 200:5-13 | Irrelevant, F.R.E. 401-402 | Ruling reserved. |
| 42 | Anastasia, Mark – 201:20-203:2 | Irrelevant, F.R.E. 401-402 | Ruling reserved. |
| 43 | Anastasia, Mark – 209:19-210:16 | Vague; overbroad, lack of foundation – no definition of "testing" given. | Ruling reserved. |
| 44 | Anastasia, Mark – 215:12-216:5 | Irrelevant, F.R.E. 401-402; Lack of personal knowledge, F.R.E. 602; inadmissible lay opinion, F.R.E. 701 | Ruling reserved. |
| 45 | Anastasia, Mark – 221:23-222:11 | Lack of personal knowledge, F.R.E. 602 | Ruling reserved. |

| Item # | Testimony | Objection | Ruling |
| --- | --- | --- | --- |
| 46 | Douglas French – 11:8-15 | Irrelevant, F.R.E. 401-402 | Overruled |
| 47 | Douglas French – 16:15-24 | Irrelevant, F.R.E. 401-402 | Overruled |
| 48 | Douglas French – 70:17-72:20 | Irrelevant, F.R.E. 401-402 | Overruled |
| 49 | Douglas French – 73:8-12 | Irrelevant, F.R.E. 401-402 | Overruled |
|  | Clark, Matthew P. – 69:23-70:6 | Irrelevant, F.R.E. 401-402 | Sustained |
| 50 | Lash, Steven – 7:22-8:15 | Hearsay, F.R.E. 801, Irrelevant, F.R.E. 401-402 | Overruled |
| 51 | Lash, Steven – 9:3-10:4 | Hearsay, F.R.E. 801, Irrelevant, F.R.E. 401-402 | Overruled |
| 52 | Lash, Steven – 10:25-12:8 | Irrelevant, F.R.E. 401-402 | Overruled |
| 53 | Lash, Steven – 36:17-41:4 | Hearsay, F.R.E. 801 | Sustained as to 36:17-22, 37:5-38, 25, 40:13-41:4. Otherwise overruled. |
| 54 | Lash, Steven – 60:20-62:13 | Hearsay, F.R.E. 801, Inadmissible lay opinion, F.R.E. 701 | Sustained as to 61:19-62:13. Otherwise overruled. |
| 55 | Lash, Steven – 114:25-116:18 | Speculation, F.R.E. 602 | Overruled |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 56 | Keller, Samuel J. – 21:15-22:11 | Hearsay, F.R.E. 801 | Sustained as to 21:15-21 and 22:9-11. Otherwise overruled. |
| 57 | Keller, Samuel J. – 62:10-22 | Lack of personal knowledge, F.R.E. 602, Inadmissible lay opinion, F.R.E. 701 | Overruled |

DATED April 15, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge