IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-00401-PAB-KLM

KATHERINE GILES and
ZURICH AMERICAN INSURANCE COMPANY,

       Plaintiffs,

v.

THE INFLATABLE STORE, INC.,

       Defendant.
_____

**ORDER REGARDING PLAINTIFFS' OBJECTIONS TO
DEFENDANT'S DESIGNATIONS OF DEPOSITION TESTIMONY**
_____

This matter comes before the court on plaintiffs' Objections to Defendant's

Designation of Deposition Testimony [Docket No. 108].

The Court rules as follows:

| Item # | Testimony | Objection | Ruling |
| --- | --- | --- | --- |
| 1 | French, Douglas – 17:8-19 | Irrelevant, F.R.E. 401-402 | Overruled.  Plaintiffs have failed to attach sufficient context for the Court to sustain the objection. |
| 2 | French, Douglas – 44:22-45:13 | Hearsay, F.R.E. 801 | Sustained. |
| 3 | French, Douglas – 46:17-24 | Hearsay, statement of counsel, not question, F.R.E. 801 | Sustained. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 4 | French, Douglas – 46:25-48:5 | Inadmissible opinion as French not disclosed as expert, no foundation to permit expert testimony concerning statistical probability under F.R.E. 701-703 and not admissible lay opinion under F.R.E. 701 | Sustained. |
| 5 | French, Douglas – 48:14-17 | Hearsay, F.R.E. 801 | Sustained. |
| 6 | French, Douglas – 54:14-56:3 | Hearsay, F.R.E. 801 | Sustained to the extent it is admitted for the truth of the matter asserted. |
| 7 | French, Douglas – 64:3-65:13 | Opinion from witness not disclosed as expert, not admissible expert opinion, F.R.E. 702-703; not admissible lay opinion under F.R.E. 701 | Overruled pursuant to Fed. R. Evid. 701. |
| 8 | Lash, Steven D. – 68:19-23 | Lack of personal knowledge, F.R.E. 602 | Sustained as to lines 22-23. Otherwise, overruled. |
| 9 | Lash, Steven D. – 73:24-77:21 | Irrelevant, F.R.E. 401-402; lack of personal knowledge, F.R.E. 602; hearsay, F.R.E. 801; inadmissible lay opinion, F.R.E. 701; prejudicial effect outweighs any probative value, F.R.E. 403 | Sustained as speculation as to p. 77 lines 6-21. Otherwise, overruled. |
| 10 | Lash, Steven D. – 78:17-79:16 | Lack of personal knowledge, F.R.E. 602; irrelevant, F.R.E. 401-402 | Sustained under Fed. R. Evid. 602. |
| 11 | Lash, Steven D. – 92:20-93:15 | Hearsay, F.R.E. 801; lack of personal knowledge, F.R.E. 602; inadmissible lay opinion, F.R.E. 701; irrelevant, F.R.E. 401-402 | Sustained under Fed. R. Evid. 801 and 602. |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 12 | Lash, Steven D. – 93:19-94:5 | Hearsay, F.R.E. 801; lack of personal knowledge, F.R.E. 602; irrelevant, F.R.E. 401-402 | Sustained under Fed. R. Evid. 402 and 602. |
| 13 | Lash, Steven D. – 94:6-95:2 | Lack of personal knowledge, F.R.E. 602; hearsay, F.R.E. 801 | Sustained. |
| 14 | Lash, Steven D. – 95:3-10 | Inadmissible lay opinion, F.R.E. 701; hearsay, F.R.E. 801; lack of personal knowledge, F.R.E. 602; predicated on hearsay not shown to be admissible under F.R.E. 702, et seq. per *Daubert, et al.*; irrelevant, F.R.E. 401-402 | Sustained under Fed. R. Evid. 402. |
| 15 | Keller, Samuel J. – 39:18-24 | Irrelevant, F.R.E. 401-402; lack of personal knowledge, F.R.E. 602; inadmissible lay opinion, F.R.E. 701 | Overruled. |
| 16 | Keller, Samuel J. – 74:21-75:7 | Hearsay, F.R.E. 801; no personal knowledge, F.R.E. 602; hearsay re scientific opinion not qualified as admissible under *Daubert, et al.*, F.R.E. 702 | Sustained under Fed. R. Evid. 602 and 801. |
| 17 | Keller, Samuel J. – 77:10-78:14 | Lacks personal knowledge, F.R.E. 602; irrelevant, F.R.E. 401-402 | Overruled. |
| 18 | Keller, Samuel J. – 88:10-23 | Lacks personal knowledge, F.R.E. 602 | Sustained. |

DATED April 15, 2009.

                                             BY THE COURT:

                                             s/Philip A. Brimmer
                                             PHILIP A. BRIMMER
                                             United States District Judge