**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks   Date: April 17, 2009
Court Reporter: Janet Coppock   Time: 41 minutes

**CASE NO.  07-cv-00401-PAB-KLM**

| Parties | Counsel |
|---|---|
| **KATHERINE GILES, and ZURICH AMERICAN INSURANCE COMPANY,** | John Purvis
Richard Rardin |
| Plaintiff (s), | |
| vs. | |
| **THE INFLATABLE STORE, INC.,** | Marilyn Doig
Miles Dewhirst |
| Defendant (s). | |

**TRIAL PREPARATION CONFERENCE**

**11:05 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Ms. Doig and Mr. Dewhirst appear by telephone.

Matter set for 7-day jury trial, commencing May 4, 2009 at 8:00 a.m.

Court and counsel discuss Judge Brimmer's Practice Standards, including jury selection of 9, proposed voir dire by counsel and their objections, opening statements limited to 30 minutes per side, witnesses, exhibits, stipulations of facts and jury instructions.

Page Two
07-cv-00401-PAB-KLM
April 17, 2009

**ORDERED:**  Defendant shall re-due its exhibit list to comply with Judge Brimmer's Practice Standards.

**ORDERED:**  Counsel directed to combine and label their stipulations as exhibits.

Court addresses counsel's objections to the proposed voir dire questions.

Discussion regarding sequestration of lay and expert witnesses.

Court and counsel discuss counsel's objections to deposition designations.

**Defendant's Motion for Leave to Designate Expert Witness (Doc #116), filed 4/13/09.**

**11:59 a.m.**   Argument by Mr. Dewhirst.  Questions by the Court.

Record should reflect that the Court has received and read the response and affidavit to defendant's motion filed by the plaintiff

**12:12 p.m.**   Argument by Mr. Purvis.  Questions by the Court.

**12:22 p.m.**   Further argument by Mr. Dewhirst.

Court states its findings.

**ORDERED:**  Defendant's Motion for Leave to Designate Expert Witness (Doc #116), filed 4/13/09 is **GRANTED,** but limited only to the 222 mg/dl blood alcohol level that was measured by the hospital.

**ORDERED:**  Appeal of Magistrate Judge Decision (Doc #87), filed 9/4/08 is **OVERRULED.**

**ORDERED:**  Plaintiff's Motion in Limine (Doc #115), filed 4/13/09 is **DENIED.**

**12:39 p.m.   COURT IN RECESS**

**Total in court time:**        **41 minutes**

**Hearing concluded**