IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00401-PAB-KLM

KATHERINE GILES and
ZURICH AMERICAN INSURANCE COMPANY,

      Plaintiffs,

v.

THE INFLATABLE STORE, INC.,

      Defendant.
_____

## MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

      This matter comes before the Court on defendant's Motion for Clarification Regarding the Court's Order Regarding Defendant's Objections to Plaintiffs' Designations of Deposition Testimony [Docket No. 149]. Defendant's motion concerns the deposition testimony of Kevin Cook and Dr. Tack Lam. In light of plaintiffs' response [Docket No. 152] indicating that they do not intend to use the deposition testimony of Mr. Cook or Dr. Lam at trial, it is

      ORDERED that defendant's Motion for Clarification Regarding the Court's Order Regarding Defendant's Objections to Plaintiffs' Designations of Deposition Testimony [Docket No. 149] is DENIED as moot.

      Dated April 30, 2009.